United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMAD KHAN,<br>　　　　Plaintiff,<br><br>　v.<br><br>PANTOJA, et al.,<br>　　　　Defendants. | Case No. 24-cv-03904 BLF (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a state parolee, filed the instant civil rights action pursuant to 42 U.S.C. § 1983 for unconstitutional acts that took place at the Correctional Training Facility, where he was formerly housed. Dkt. No. 1. On December 2, 2024, the Court dismissed the complaint with leave to amend. Dkt. No. 6. Plaintiff was directed to file a response within twenty-eight days from the date the order was filed. *Id*. at 6. Plaintiff's motion for leave to proceed *in forma pauperis* ("IFP") was also on the wrong form since he was no longer incarcerated; he was provided with a non-prisoner IFP application to be filed in the same time provided. *Id*. On January 17, 2025, Plaintiff was granted an extension of time to file an amended complaint and non-prisoner IFP application no later than February 1, 2025. Dkt. No. 8. Plaintiff was advised that failure to respond with the court order in the time provided will result in the dismissal of this action for failure to state a claim for relief

without further notice to Plaintiff. *Id.* at 2.

The deadline has long since passed, and Plaintiff has failed to file an amended complaint and a non-prisoner IFP application in the time provided. Accordingly, this action is **DISMISSED** with prejudice for failure to state a claim and for failure to pay the filing fee.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: __February 26, 2025_____

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
PRO-SE\BLF\CR.24\03904Khan_dism(no-amend)

2