UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MUHAMMAD KHAN,

    Plaintiff,

v.

PANTOJA, et al.,

    Defendants.

Case No. 24-cv-03904 BLF (PR)

**JUDGMENT**

The Court has dismissed the instant civil rights action with prejudice for failure to state a claim and to pay the filing fee. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: _February 26, 2025_____

*[signature]*

BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.24\03904Khan_judgment